**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Telephone Science Corporation, | Case No. |
| Plaintiff, | |
| v. | **COMPLAINT FOR DAMAGES UNDER THE TELEPHONE CONSUMER PROTECTION ACT AND OTHER EQUITABLE RELIEF** |
| Asset Recovery Solutions, LLC, | |
| Defendant. | **JURY DEMAND ENDORSED HEREIN** |

## PARTIES

1. Plaintiff, Telephone Science Corporation ("Plaintiff" or "TSC"), is a Delaware corporation that maintained its principal place of business in Mount Sinai, New York at all times relevant to this action.

2. Defendant, Asset Recovery Solutions, LLC ("Defendant" or "ARS"), is an Illinois limited liability company that maintained its principal place of business in Des Plaines, Illinois at all times relevant to this action.

## JURISDICTION AND VENUE

3. Pursuant to 28 U.S.C. § 1331, this Court has federal question jurisdiction over this matter as it arises under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

4. Pursuant to 28 U.S.C. § 1391(b), venue is proper because ARS resides in this judicial district.

## BACKGROUND

### *Telephone Science Corporation's Business*

5.  TSC operates "Nomorobo," a service designed to help consumers avoid incoming computerized telephone calls that the Federal Trade Commission ("FTC") refers to as "robocalls."

6.  The FTC defines a "robocall" as one in which the caller uses a recorded or automated voice. *See* "Consumer Information: Robocalls," http://www.consumer.ftc.gov/articles/0259-robocalls.

7.  In 2013, Nomorobo was one of two winners of the FTC's first Robocall Challenge, a public contest to design a system to stop unsolicited telemarketing calls before the calls can ring through to the subscriber of the called telephone number. *See* "FTC Announces Robocall Challenge Winners," https://www.ftc.gov/news-events/press-releases/2013/04/ftc-announces-robocall-challenge-winners.

8.  The Nomorobo technology distinguishes between "blacklist" robocaller telephone numbers and "whitelist" numbers associated with acceptable incoming calls. *Id.*

9.  As of the date on which this complaint is being filed, the Nomorobo service has helped consumers to avoid over 24 million unwanted robocalls.

10. In addition to providing the Nomorobo service to consumers, TSC maintains a "honeypot" group of telephone numbers, from which TSC is able to gather information related to inbound calls.

11. According to the FTC, a robocall "honeypot" is "an information system designed to attract robocallers, and help law enforcement authorities, researchers, and others gain enhanced insight into robocallers' tactics." *See* "FTC Announces Winners of 'Zapping Rachel'

Robocall Contest," https://www.ftc.gov/news-events/press-releases/2014/08/ftc-announces-winners-zapping-rachel-robocall-contest.

12. In order for TSC's robocall detection algorithm to accurately detect high frequency robocalling patterns, it compiles a large quantity of data related to calls placed to telephone numbers in the TSC "honeypot."

13. The TSC "honeypot" is comprised of thousands of telephone numbers to which TSC subscribes.

14. ***Only ARS's calls to telephone numbers in the TSC "honeypot" are at issue in this case***.

<u>*ARS's Business*</u>

15. ARS is an asset recovery management and debt purchasing company. *See* ARS's Website, "Home" page, http://www.assetrecoverysolutions.com/home.html.

16. In connection with ARS's business, ARS places telephone calls using a "predictive dialer" and/or an artificial or prerecorded voice.

17. "[A] predictive dialer is equipment that dials numbers and, when certain computer software is attached, also assists telemarketers in predicting when a sales agent will be available to take calls. The hardware, when paired with certain software, has the capacity to store or produce numbers and dial those numbers at random, in sequential order, or from a database of numbers." *In the Matter of Rules & Regulations Implementing the Telephone Consumer Protection Act of 1991*, 18 F.C.C. Rcd. 14014, 14091-4093 (2003); *see also In the Matter of Rules & Regulations Implementing the Telephone Consumer Protection Act of 1991*, 23 F.C.C. Rcd. 559, 562-63 (2008).

**ARS's CALLS TO TSC**

18. On or around March 2014, ARS began calling telephone numbers to which TSC was the subscriber (the "TSC Numbers").

19. The TSC Numbers are identified in Exhibit A and are part of the TSC "honeypot."

20. TSC was the subscriber to each TSC Number ARS called at the time of the call.

21. TSC continues to subscribe to each TSC Number.

22. Prior to the time when ARS began calling the TSC Numbers, TSC had not provided express consent to ARS to call any TSC Number.

23. At no time after ARS began calling the TSC Numbers has TSC provided express consent to ARS to call any TSC Number.

24. Each TSC Number is assigned to a telephone service for which TSC is charged for the call.

25. As of the date on which this complaint is being filed, ARS placed approximately eleven thousand six hundred thirty (11,630) telephone calls to the TSC Numbers using a predictive dialer and/or an artificial or prerecorded voice.

**APPLICABLE LAW**

26. Senator Fritz Hollings, the original sponsor of the TCPA, stated:

> Computerized calls are the scourge of modern civilization. They wake us up in the morning; they interrupt our dinner at night; they force the sick and elderly out of bed; they hound us until we want to rip the telephone right out of the wall.

137 Cong. Rec. 30,821 (1991).

27. The TCPA defines an automatic telephone dialing system ("ATDS") as "equipment which has the capacity…(A) to store or produce telephone numbers to be called, using a random or sequential number generator; and (B) to dial such numbers." 47 U.S.C. § 227(a)(1).

28. A predictive dialer is an ATDS within the meaning of the TCPA. *Sterk v. Path, Inc.*, 46 F. Supp. 3d 813, 818-19 (N.D. Ill. 2014); *In the Matter of Rules & Regulations Implementing the Telephone Consumer Protection Act of 1991*, 18 F.C.C. Rcd. 14014, 14091-4093 (2003); *see also In the Matter of Rules & Regulations Implementing the Telephone Consumer Protection Act of 1991*, 23 F.C.C. Rcd. 559, 562-63 (2008).

29. The TCPA provides, in part:

> (b)  RESTRICTIONS ON THE USE OF AUTOMATED TELEPHONE EQUIPMENT.—
>
> > (1) PROHIBITIONS.—It shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States—
> >
> > > (A) to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice—
> > >
> > > * * *
> > >
> > > > (iii) to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or **any service for which the called party is charged for the call**…
> > >
> > > (D) to use an automatic telephone dialing system in such a way that **two or more telephone lines of a multi-line business are engaged simultaneously**.

47 U.S.C. §§ 227(b)(1)(A)(iii) and 227(b)(1)(D) (emphases added).

30. The term "called party," as used in Section 227(b)(1)(A) of the TCPA, refers to the person or entity subscribing to the called number at the time the telephone call is made.  *See Soppet v. Enhanced Recovery Co., LLC*, 679 F.3d 637, 643 (7th Cir. 2012).

31. TSC was the "called party" in each telephone call ARS placed to a TSC Number.  *See Telephone Science Corp. v. Trading Advantage, LLC*, 2015 U.S. Dist. LEXIS 18591, *3

(N.D. Ill. Feb. 17, 2015) (based on unambiguous language in TCPA, "TSC's allegations fall

within the statutory prohibition of § 227(b)(1)(A)(iii)").

## COUNT ONE

### Violation of the Telephone Consumer Protection Act

32. Plaintiff re-alleges and incorporates by reference Paragraphs 5 through 31 above as if fully

set forth herein.

33. ARS negligently violated 47 U.S.C. § 227(b)(1)(A) on multiple and separate occasions by

using an ATDS and/or an artificial or prerecorded voice to call TSC at a telephone number

assigned to a service for which TSC is charged for the call without TSC's prior express

consent.

## COUNT TWO

### Willful and Knowing Violation of the Telephone Consumer Protection Act

34. Plaintiff re-alleges and incorporates by reference Paragraphs 5 through 31 above as if fully

set forth herein.

35. The TCPA provides, in part:

> If the court finds that the defendant willfully or knowingly violated this subsection or the
> regulations prescribed under this subsection, the court may, in its discretion, increase the
> amount of the award to an amount equal to not more than 3 times the amount available
> under subparagraph (B) of this paragraph.

47 U.S.C. § 227(b)(3).

36. The Communications Act of 1943, of which the TCPA is a part, defines "willful" as "the

conscious or deliberate commission or omission of such act, irrespective of any intent to

violate any provision[], rule or regulation...." 47 U.S.C. § 312(f).

37. In order to establish a "willful" or "knowing" violation of the TCPA, a plaintiff need not

demonstrate that the defendant intended to violate the statute, or that it knew or should have

known it was violating the statute. *See Roylance v. ALG Real Est. Servs., Inc.* 2015 U.S. Dist. LEXIS 44930, *31 (N.D. Cal. Mar. 16, 2015) *Bridgeview Health Care Ctr. Ltd. v. Clark*, 2013 U.S. Dist. LEXIS 37310, *21-22 (N.D. Ill. Mar. 19, 2013); *Steward v. Regent Asset Mgmt. Solutions, Inc.*, 2011 U.S. Dist. LEXIS 50046, *18-20 (N.D. Ga. 2011).

38. Instead, a plaintiff need only show that the defendant engaged in a "voluntary act" that violated the TCPA. *See Bridgeview*, 2013 U.S. Dist. LEXIS, at *21-22; *see also Roylance*, 2015 U.S. Dist. LEXIS, at *31 (intentionally making phone calls that violated TCPA, without intent to violate the statute, was sufficient to warrant treble damages).

39. ARS voluntarily placed telephone calls to the TSC Numbers using an ATDS and/or an artificial or prerecorded voice.

40. In addition, a company that places telephone calls using an ATDS and/or an artificial or prerecorded voice bears a responsibility to place intermittent live verification calls to ensure the subscriber being called has provided his or her express consent to be called. *See Breslow v. Wells Fargo Bank, N.A.*, 857 F. Supp. 1316, 1322 (S.D. Fla 2012).

41. ARS failed to adequately place intermittent live verification calls to the TSC Numbers to ensure that TSC had provided its express consent to ARS to call those telephone numbers.

42. ARS willfully and knowingly violated 47 U.S.C. § 227(b)(1)(A) on multiple and separate occasions by using an ATDS and/or an artificial or prerecorded voice to call TSC at a telephone number assigned to a service for which TSC is charged for the call without TSC's prior express consent.

## JURY DEMAND

43. TSC demands a trial by jury.

## PRAYER FOR RELIEF

44. TSC prays for the following relief:

    a.   An order enjoining ARS from placing further telephone calls to the TSC Numbers

        pursuant to 47 U.S.C. § 227(b)(3).

    b.   Judgment against ARS for statutory damages pursuant to 47 U.S.C.

        § 227(b)(3) for each and every call ARS made in violation of the TCPA.

    c.   For such other legal and/or equitable relief as the Court deems appropriate.

                        RESPECTFULLY SUBMITTED,

                        Hyslip & Taylor, LLC LPA

                        By:    /s/ David M. Menditto
                        One of Plaintiff's Attorneys

Date: June 12, 2015

David M. Menditto
Illinois Bar No. 6216541
1100 W. Cermak Rd., Suite B410
Chicago, IL  60608
Telephone: (312) 380-6110
Facsimile: (312) 361-3509
Email: davidm@fairdebt411.com

# Exhibit A to Complaint – TSC Numbers

| | | |
|---|---|---|
| 1. (201) 243-6757 | 47. (251) 517-3304 | 93. (361) 551-0276 |
| 2. (201) 299-3778 | 48. (254) 213-5142 | 94. (386) 675-4148 |
| 3. (201) 580-2630 | 49. (254) 449-8644 | 95. (402) 281-9066 |
| 4. (201) 643-7654 | 50. (254) 739-6198 | 96. (404) 341-4438 |
| 5. (201) 854-4932 | 51. (256) 273-0619 | 97. (404) 975-2590 |
| 6. (202) 640-1978 | 52. (256) 399-0000 | 98. (405) 335-0561 |
| 7. (205) 535-1344 | 53. (256) 399-0883 | 99. (405) 788-4008 |
| 8. (206) 496-0458 | 54. (256) 712-2228 | 100. (405) 788-4409 |
| 9. (206) 971-6937 | 55. (256) 712-2321 | 101. (407) 374-1907 |
| 10. (206) 971-9916 | 56. (262) 649-4103 | 102. (410) 424-0061 |
| 11. (208) 297-5466 | 57. (262) 649-4173 | 103. (410) 424-0725 |
| 12. (208) 369-4582 | 58. (267) 354-7331 | 104. (410) 695-3094 |
| 13. (208) 452-0090 | 59. (269) 762-5197 | 105. (413) 284-4321 |
| 14. (208) 514-2099 | 60. (281) 408-4031 | 106. (413) 376-4511 |
| 15. (208) 514-3723 | 61. (281) 606-0875 | 107. (415) 683-3899 |
| 16. (208) 595-1292 | 62. (281) 823-9166 | 108. (415) 968-6199 |
| 17. (208) 629-0916 | 63. (281) 888-0396 | 109. (417) 717-0662 |
| 18. (208) 629-4877 | 64. (301) 579-4266 | 110. (423) 933-1222 |
| 19. (208) 904-0131 | 65. (301) 637-6550 | 111. (424) 644-6631 |
| 20. (208) 904-4487 | 66. (302) 339-8249 | 112. (432) 614-4646 |
| 21. (208) 922-6250 | 67. (310) 651-7338 | 113. (432) 614-9108 |
| 22. (208) 936-3655 | 68. (310) 912-7890 | 114. (432) 653-4094 |
| 23. (208) 936-3787 | 69. (310) 984-1582 | 115. (435) 238-4454 |
| 24. (208) 944-2352 | 70. (312) 997-5350 | 116. (440) 368-0228 |
| 25. (208) 944-9374 | 71. (314) 450-7227 | 117. (443) 927-2400 |
| 26. (209) 322-4139 | 72. (314) 667-4716 | 118. (443) 938-9603 |
| 27. (210) 390-1214 | 73. (315) 633-4525 | 119. (469) 454-1340 |
| 28. (210) 775-5147 | 74. (317) 602-1078 | 120. (469) 619-6467 |
| 29. (214) 329-9182 | 75. (318) 239-4734 | 121. (479) 431-4153 |
| 30. (214) 390-2679 | 76. (323) 300-6404 | 122. (480) 374-4449 |
| 31. (214) 736-8589 | 77. (323) 638-0812 | 123. (480) 374-4774 |
| 32. (217) 267-5005 | 78. (330) 474-3185 | 124. (503) 821-7519 |
| 33. (217) 364-8019 | 79. (336) 310-0023 | 125. (505) 206-5194 |
| 34. (228) 202-5228 | 80. (336) 790-4703 | 126. (505) 404-6176 |
| 35. (228) 205-2939 | 81. (336) 792-2726 | 127. (505) 796-5808 |
| 36. (228) 206-1235 | 82. (347) 269-1958 | 128. (508) 439-4222 |
| 37. (228) 207-1578 | 83. (347) 331-0449 | 129. (509) 295-6309 |
| 38. (228) 207-2844 | 84. (347) 756-4075 | 130. (509) 392-4077 |
| 39. (228) 207-3694 | 85. (347) 763-6114 | 131. (509) 396-0553 |
| 40. (228) 222-5749 | 86. (347) 836-5282 | 132. (509) 424-5230 |
| 41. (228) 284-5667 | 87. (347) 836-6054 | 133. (510) 344-5510 |
| 42. (229) 255-2018 | 88. (352) 414-1986 | 134. (512) 394-4863 |
| 43. (231) 276-1115 | 89. (352) 678-5336 | 135. (512) 782-8429 |
| 44. (239) 214-2637 | 90. (360) 474-4333 | 136. (513) 334-0205 |
| 45. (240) 256-3572 | 91. (360) 639-8367 | 137. (513) 795-0900 |
| 46. (248) 782-7006 | 92. (361) 226-4015 | 138. (517) 554-5100 |

## Exhibit A to Complaint – TSC Numbers

| | | |
|---|---|---|
| 139. (517) 568-1093 | 185. (678) 603-4114 | 231. (765) 589-9230 |
| 140. (517) 879-2384 | 186. (678) 809-1133 | 232. (773) 295-4242 |
| 141. (520) 208-6793 | 187. (678) 831-0988 | 233. (773) 451-8156 |
| 142. (520) 280-0490 | 188. (678) 916-9492 | 234. (774) 221-7244 |
| 143. (520) 413-5541 | 189. (678) 967-3873 | 235. (774) 430-3386 |
| 144. (520) 829-1609 | 190. (701) 205-0257 | 236. (775) 364-0101 |
| 145. (530) 576-5345 | 191. (701) 566-8235 | 237. (775) 473-0366 |
| 146. (540) 288-4907 | 192. (702) 302-4231 | 238. (775) 473-5776 |
| 147. (540) 318-5611 | 193. (702) 475-8209 | 239. (781) 352-2759 |
| 148. (540) 726-5441 | 194. (703) 659-0793 | 240. (781) 676-3226 |
| 149. (561) 283-1325 | 195. (703) 794-2170 | 241. (781) 995-0172 |
| 150. (562) 731-0040 | 196. (704) 325-5295 | 242. (786) 629-8871 |
| 151. (562) 731-0288 | 197. (704) 603-6745 | 243. (801) 528-1836 |
| 152. (570) 280-2152 | 198. (704) 900-2129 | 244. (801) 921-4669 |
| 153. (570) 503-7011 | 199. (704) 909-7324 | 245. (804) 835-6455 |
| 154. (573) 475-4250 | 200. (706) 621-6717 | 246. (806) 421-0552 |
| 155. (580) 380-4488 | 201. (708) 441-3557 | 247. (812) 233-3324 |
| 156. (601) 653-0264 | 202. (712) 560-3413 | 248. (812) 291-1906 |
| 157. (601) 869-0191 | 203. (712) 560-4621 | 249. (812) 645-1248 |
| 158. (602) 714-9393 | 204. (712) 823-0469 | 250. (813) 435-5529 |
| 159. (609) 531-4066 | 205. (713) 230-8463 | 251. (815) 570-4338 |
| 160. (614) 289-6436 | 206. (714) 243-8200 | 252. (815) 580-4153 |
| 161. (614) 626-7631 | 207. (716) 462-5118 | 253. (815) 768-2755 |
| 162. (615) 866-2504 | 208. (716) 803-8102 | 254. (816) 256-2964 |
| 163. (616) 205-4333 | 209. (718) 285-0543 | 255. (816) 256-8937 |
| 164. (616) 209-3120 | 210. (719) 967-2141 | 256. (817) 576-1309 |
| 165. (616) 548-5083 | 211. (720) 279-9429 | 257. (817) 727-4682 |
| 166. (616) 577-1048 | 212. (724) 812-5453 | 258. (818) 293-0272 |
| 167. (616) 965-2987 | 213. (727) 466-4483 | 259. (818) 459-4819 |
| 168. (619) 202-0274 | 214. (727) 483-5890 | 260. (818) 746-3891 |
| 169. (619) 573-9999 | 215. (731) 325-5559 | 261. (831) 207-4629 |
| 170. (620) 359-1097 | 216. (731) 334-5685 | 262. (832) 266-1005 |
| 171. (631) 759-8534 | 217. (731) 334-5722 | 263. (843) 485-0989 |
| 172. (631) 865-0258 | 218. (731) 334-5738 | 264. (860) 213-8694 |
| 173. (646) 257-5274 | 219. (732) 917-4569 | 265. (860) 378-8402 |
| 174. (646) 461-2863 | 220. (732) 993-5928 | 266. (860) 495-0145 |
| 175. (646) 982-1130 | 221. (734) 954-4254 | 267. (860) 865-1434 |
| 176. (650) 351-9119 | 222. (740) 236-1993 | 268. (864) 214-7966 |
| 177. (662) 440-4005 | 223. (740) 249-1400 | 269. (864) 249-0207 |
| 178. (662) 570-1589 | 224. (740) 314-4688 | 270. (864) 538-4566 |
| 179. (662) 592-4304 | 225. (740) 837-4585 | 271. (903) 306-1518 |
| 180. (662) 594-4098 | 226. (757) 251-9234 | 272. (903) 328-6055 |
| 181. (662) 595-4773 | 227. (757) 687-0265 | 273. (903) 337-1059 |
| 182. (662) 649-6567 | 228. (760) 417-4141 | 274. (903) 532-0208 |
| 183. (678) 379-4266 | 229. (763) 575-8104 | 275. (904) 406-8084 |
| 184. (678) 466-7423 | 230. (765) 387-4057 | 276. (904) 525-8893 |

## Exhibit A to Complaint – TSC Numbers

277. (908) 344-5921
278. (909) 580-8303
279. (914) 297-6365
280. (918) 302-9830
281. (918) 770-8670
282. (925) 230-9467
283. (928) 237-5376
284. (928) 792-2960
285. (931) 347-0002
286. (937) 523-0458
287. (949) 281-7289
288. (951) 325-4440
289. (951) 572-9209
290. (951) 924-1979
291. (951) 992-1163
292. (956) 202-0441
293. (956) 283-5104
294. (956) 790-8743
295. (970) 373-1838
296. (970) 672-4797
297. (973) 210-4424
298. (973) 755-1988
299. (973) 975-4353
300. (978) 965-4073
301. (979) 318-3576
302. (979) 583-2573
303. (985) 746-1889
304. (989) 285-3309
305. (989) 465-2024
306. (989) 488-4189
307. (989) 607-2418
308. (989) 607-2442
309. (989) 607-2557
310. (989) 607-2840
311. (989) 607-3840
312. (989) 607-4993
313. (989) 607-5359
314. (989) 607-5894
315. (989) 741-9074