UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Telephone Science Corporation
                                  Plaintiff,

v.                                                                     Case No.: 1:15−cv−05182
                                                                                Honorable Amy J. St. Eve

Asset Recovery Solutions, LLC
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 5, 2016:

       MINUTE entry before the Honorable Amy J. St. Eve: The Court grants Defendant's Corrected Motion to Stay [24] and stays this case pending the Supreme Court's decision in Spokeo v. Robins, 135 S.Ct. 1892 (2015) (No. 13−1339). The parties are directed to notify the Court of the Supreme Court's Spokeo decision within 7 days of its issuance and to file a joint status report within 14 days of issuance. The Court dismisses as premature both Defendant's Motion to dismiss Plaintiff#039;s First Amended Complaint Under Rule 12(b)(6) [45] and Defendant's Motion to Dismiss Under Rule 12(b)(1) [47], without prejudice. Status hearing set for 1/20/16 is stricken and reset to 5/19/16 at 8:30 a.m. [For further details, see separate Memorandum Opinion and Order.] Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.