# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Telephone Science Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Asset Recovery Solutions, LLC,<br><br>Defendant. | Case No. Case No. 15-cv-05182<br><br><br>**AMENDED DECLARATION OF AARON FOSS IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S RULE 12(b)(1) MOTION** |

I, Aaron Foss, hereby declare:

1. I am the founder of Telephone Science Corporation ("TSC") and have personal knowledge of the matters declared herein.

2. I am familiar with the TSC telephone numbers identified in the second amended complaint, as well as additional TSC telephone numbers included in the TSC honeypot.

3. I am familiar with the telephone service agreement between TSC and its voice over Internet protocol ("VoIP") telephone service provider, Twilio, Inc. (the "VoIP Service Agreement").

4. The VoIP Service Agreement has been in effect from December 13, 2013, through the present.

5. Under the VoIP Service Agreement, TSC pays a monthly per line charge for each TSC telephone number provided pursuant to the agreement.

6. In addition, under the VoIP Service Agreement, TSC pays an additional per minute charge of $0.0075 for each inbound call from a telephone number within the United States and Canada, which TSC answers.

1

7. I am familiar with the telephone calls that Asset Recovery Solutions, LLC ("ARS") has placed to the TSC telephone numbers.

8. Each TSC telephone number that ARS called, and which is identified in Exhibit A to the second amended complaint, was provided to TSC by Twilio pursuant to the VoIP Service Agreement.

9. TSC was the subscriber to each TSC telephone number identified in Exhibit A to the second amended complaint at the time of ARS's calls to those numbers.

10. TSC continues to be the subscriber to each TSC telephone number identified in Exhibit A to the second amended complaint.

11. The telephone numbers from which ARS placed calls to TSC telephone numbers are:

   a. (847) 257-8335
   b. (847) 257-8328
   c. (847) 257-8334
   d. (847) 257-8333
   e. (847) 257-8336
   f. (847) 257-8327
   g. (847) 257-8323
   h. (847) 257-8322
   i. (847) 257-8326
   j. (847) 257-8339

12. During the period from March 2014 through February 4, 2016, ARS placed approximately 12,242 calls to TSC telephone numbers.

13. On May 13, 2015, TSC began answering calls that it received from numerous robocallers, including but not limited to ARS.

14. For each answered robocall, including but not limited to the robocalls placed by ARS to TSC telephone numbers, Twilio charged TSC a per-minute charge in the amount of $0.0075.

15. TSC has provided ARS with true and accurate copies of Twilio's invoices to TSC during the months May 2013 through January 2016 (the "Twilio Invoices"), and copies of TSC's proofs of payment for those invoices.

16. The Twilio Invoices do not break out each individual telephone number for which TSC incurs a per-line or a per-minute charge, nor do the Twilio Invoices break out each per-minute charge on a per-call basis.

17. The Twilio Invoices indicate that the total number of answered minutes and the total amount that Twilio charged TSC for those answered minutes during the months May 2015 through January 2016 are as follows:

| Month | Total Number of Answered Minutes | Total Per-Minute Charges |
|---|---|---|
| May 2015 | 62,228 | $466.71 |
| June 2015 | 76,571 | $574.28 |
| July 2015 | 95,191 | $713.93 |
| August 2015 | 118,091 | $885.68 |
| September 2015 | 136,741 | $1,025.55 |
| October 2015 | 181,323 | $1,359.92 |
| November 2015 | 195,316 | $1,464.87 |

| Month | Total Number of Answered Minutes | Total Per-Minute Charges |
|---|---|---|
| December 2015 | 210,336 | $1,087.49 |
| January 2016 | 231,987 | $1,739.90 |

18. The total number of robocalls that ARS placed to TSC, which TSC answered, during the months May 2015 through January 2016 are included in the total number of answered minutes for those months identified in Paragraph 17 above.

19. The total per-minute charges that TSC incurred as a result of the robocalls that ARS placed to TSC, which TSC answered, during the months May 2015 through January 2016 are included in the total per-minute charges for those months identified in Paragraph 17 above.

20. The total per-minute charges that TSC incurred as a result of the robocalls that ARS placed to TSC, which TSC answered, during the months May 2015 through January 2016 is $5.60.

21. As of February 4, 2016, TSC had answered 747 of ARS's telephone calls placed to TSC's numbers.

22. The date, originating ARS telephone number, and TSC terminating number of each telephone call placed by ARS, which TSC answered, from May 13, 2015 through February 4, 2016 are identified in Exhibit A to the second amended complaint.

*I declare under penalty of perjury that the foregoing is true and correct*.

EXECUTED this 28th of April, 2016, at Mt. Sinai, New York.

Aaron Foss