# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Telephone Science Corporation,

Plaintiff(s),

v.

Asset Recovery Solutions, LLC,

Defendant(s).

Case No. 15 C 5182
Judge Amy J. St. Eve

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: The Court denies ARS' Rule 12(b)(1) motion (R.81) and denies as moot ARS' motion to strike. (R.87). The Court grants ARS' Rule 12(b)(6) motion and dismisses this case with prejudice. (R.84).

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Amy J. St. Eve on a motion to dismiss.

Date: 8/8/2016                              Thomas G. Bruton, Clerk of Court

                                            Katie Franc, Deputy Clerk